UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 2:01-cr-00219-JCM-NJK |
| vs. | ) ) | |
| SAMIR M. KHALIL, | ) ) | **O R D E R** |
| Defendant. | ) ) ) | |

This matter came before the Court on Defendant Samir Khalil's Sealed Motion for Certified Copies of Sealed Documents (#28). Defendant filed this motion on August 20, 2010. On March 17, 2011, Magistrate Judge Johnston ordered defendant to file a supplement to this Motion on or before April 18, 2011, which supplement was to state "in detail the exact reasons" he requested the documents identified in his Motion (#29). Defendant never complied with this Order. Accordingly, Defendant's Motion (#28) shall be denied.

**CONCLUSION**

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Samir Khalil's Sealed Motion for Certified Copies of Sealed Documents (#28) is DENIED.

DATED this __21st__ day of February, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge